# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSHUA PHILLIPS**,<br>510 E. 84th St., #4C<br>New York, NY 10028<br><br>  Plaintiff,<br><br>  v.<br><br>**DEPARTMENT OF HOMELAND SECURITY**, and<br>245 Murray Lane, SW<br>Washington, D.C. 20528<br><br>**DEPARTMENT OF JUSTICE**, and<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530<br><br>**FEDERAL BUREAU OF INVESTIGATION**,<br>935 Pennsylvania Ave., NW<br>Washington, D.C. 20535<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1.   Plaintiff JOSHUA PHILLIPS brings this suit to overturn Defendants DEPARTMENT OF HOMELAND SECURTY, DEPARTMENT OF JUSTICE, and FEDERAL BUREAU OF INVESTIGATION's failure to produce records related to hate crimes.

## PARTIES

2.   Plaintiff JOSHUA PHILLIPS is a journalist and the FOIA requester in this case.

3.   Defendant DEPARTMENT OF HOMELAND SECURITY is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant DEPARTMENT OF JUSTICE is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

5. Defendant FEDERAL BUREAU OF INVESTIGATION is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(6)(c)(i) and presents a federal question conferring jurisdiction on this Court.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B) because this District is always a permissible venue for federal FOIA suits.

## PHILLIPS' FOIA REQUEST AND DHS' IMPROPER DENIAL

6. On February 13, 2017, PHILLIPS requested various records related to hate crimes since 2015.  Exhibit A.

7. On February 22, 2017, DHS acknowledged receipt of PHILLIPS' request. Exhibit A.

8. On April 24, 2017, DHS asked PHILLIPS for confirmation that he would like a portion of the request forwarded to the Community Engagement office at CRCL to review. Exhibit B.

9. On May 10, 2017, DHS stated that the search was pending in CRCL and that PHILLIPS should follow up at the end of the month.  Exhibit C.

10. On May 30, 2017, per DHS' suggestion, PHILLIPS followed up.  Exhibit D.

11. On May 31, 2017, DHS stated that the search was still pending, but provided no further details.  Exhibit D.

12. As of the date of filing, PHILLIPS has received no records and no further communication from DHS.

### PHILLIPS' FOIA REQUEST AND DOJ'S IMPROPER DENIAL

13. On February 13, 2017, PHILLIPS requested various records related to hate crimes since 2015. Exhibit E.

14. On February 13, 2017, DOJ responded to PHILLIPS assigning his request tracking number EMRUFOIA021317-2. Exhibit F.

15. On February 14, 2017, the Civil Rights Division confirmed receipt of the request. Exhibit G.

16. On March 9, 2017, the Civil Rights Division stated that it does not collect or compile the information PHILLIPS sought, and that as his request was forwarded to FBI, he should expect a response from them. Exhibit H.

### PHILLIPS' FOIA REQUEST AND FBI'S IMPROPER DENIAL

17. On February 13, 2017, PHILLIPS requested various records related to hate crimes since 2015. Exhibit I.

18. On February 13, 2017, FBI confirmed that it received PHILLIPS request. Exhibit I.

19. On February 27, 2017, FBI stated that unusual circumstances applied and that it would take longer than 20 days to respond to the request. Exhibit J.

20. On March 15, 2017, FBI denied PHILLIPS' request stating that it did not contain enough information to permit a search. Exhibit K.

21. On March 31, 2017, PHILLIPS appealed FBI's March 15 denial. The appeal tracking number was DOJ-AP-2017-003314 and the request tracking number was 1367810-000. Exhibit L.

22. On May 5, 2017, after a series of communications with FBI PHILLIPS narrowed his request to statistical information concerning hate crimes from 2016 to present, copies of tips relating to hate crimes for 2016 to present, and documents relating to any communication to and from the FBI Civil Rights Unit, between personnel and U.S. state and local law enforcement, and between the FBI and community organizations or law enforcement, about or relating to incidents of backlash against communities since 2015. Exhibit M.

23. On June 2, 2017, FBI affirmed its denial of PHILLIPS' request stating that PHILLIPS did not reasonably describe the records he sought and that location the responsive records would be burdensome. Exhibit N.

## COUNT I – DHS'S VIOLATION OF FOIA

24. The above paragraphs are incorporated by reference.

25. Defendant DHS is an agency subject to FOIA.

26. The requested records are not exempt under FOIA.

27. Defendant DHS has refused to produce the requested records in a timely manner.

## COUNT II – DOJ'S VIOLATION OF FOIA

28. The above paragraphs are incorporated by reference.

29. Defendant DOJ is an agency subject to FOIA.

30. The requested records are not exempt under FOIA.

31. Defendant DOJ has refused to produce the requested records in a timely manner.

## COUNT III – FBI'S VIOLATION OF FOIA

32. The above paragraphs are incorporated by reference.

33. Defendant FBI is an agency subject to FOIA.

34. The requested records are not exempt under FOIA.

35. Defendant FBI has refused to produce the requested records in a timely manner.

**WHEREFORE,** PHILLIPS asks the Court to:

i. Order Defendants to produce the requested records;

ii. Award Plaintiff attorney fees and costs; and

iii. Enter any other relief the Court deems appropriate.

RESPECTFULLY SUBMITTED,

*/s/ Joshua Hart Burday*

Attorneys for Plaintiff
JOSHUA PHILLIPS

Matthew Topic
Joshua Burday
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
matt@loevy.com
joshb@loevy.com